# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| James Bernette Jones, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:23-cv-00033-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Davis | ) | |
| FNU Parson | ) | |
| FNU Lili | ) | |
| North Carolina Department of Public Safety, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 1, 2023 Order.

May 1, 2023

_____
Frank G. Johns, Clerk
United States District Court